FILED

06/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0155

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0155

MATHEW RYAN AILER,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

FILED

JUN 2 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant Matthew Ryan Ailer's motion for extension to of time to file his reply brief,

IT IS HEREBY ORDERED that Appellant has until July 13, 2023, to file his reply brief.

No further extensions will be granted.

DATED this 27 day of June, 2023.

For the Court,

_____
Chief Justice